APPEAL NO. 07-13-00173-CR

IN THE

Seventh District Court of Appeals

At Amarillo,Texas



FILED
JAN 0 8 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

DARRELL L. HOLLEMAN

APPEALANT

V

THE STATE OF TEXAS

APPEALLEE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Appeal of Cause No.10.886 from the84th

Judicial District Court of Hutchison  County Texas

FIRST MOTION FOR EXTENSION of TIME to  FILE

APPELLANTS  PRO-SE POST DISCRETIONARY REVIEW

To the Honorable Justice of the Court of Appeal;.

Comes now Darrel Holleman,Appelant  Pro-Se  and  respectfully  moves the Court  to  extend  the  dead  line  for  filing his Post Discretionary Review by thirty days (30) .In suport,Appellant would  show the following:

I

On  may  16th  2014  the  jury  found appellant guilty of  unlawful possession of  firearm  by  felon.The  jury  assessed punishment at 15 years imprisonment in the Texas Department of Criminal Justice.

II

C:.On  December  4th  ,2014  Appellant recieved notice by mail  that the appeal had  been  affirmed  and  that  the  appellant had the right to file a Post Directive Reviw Pro Se to the Direct Appeal.

III

On  12-24-14the  record  was  first made available  to Appellant.The deadline for filing Appellants P.D.R. is Jan 2nd ,2015.

IV

This  is  Appellants first request for extension of  time.Appellant is unable to meet  the deadline for the following reasons:

!) Limited access to law library due to holliday schedule.

2)limited legal knowledge,thereby slowing down my research.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

3) Appellant has been on transient for two weeks, further limiting access to legal matirial.

4) The holliday season interfered with filing dates

V

For the reasons stated above, Appellant respectfully requests an additional 30 days to complete the pro Se brief in support of his P.D.R.

VI

Appellant prays that the Court grant this motion and extend the time to file appellants Pro Se P.D.R. by 3o days extending the time to the deadline of Febuarary 2nd 2015

Respectfully submitted

Appellant Pro Se

Darrell Holleman

1200 fm 655

Rosharon, Tx. 77583